IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHARVELT MISTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-978-SCW |
| ) | |
| T.J. COLLINS, L.T. BARBARA COLE, ) | |
| DEPUTY JAMES LEMANSKY, ) | |
| DEPUTY MIKE RIPIDEN, ) | |
| DOCTOR AMPADU, NURSE ) | |
| BARBARA RODRIGUEZ and NURSE ) | |
| JENNIFER RUDDLITTLE ) | |
| ) | |
| Defendant(s), ) | |
| ) | |

## JUDGMENT IN A CIVIL CASE

Defendants L.T. Barbara Cole was dismissed on March 4, 2010, by an Order entered by United States District Judge J. Phil Gilbert, (Doc. 71).

Defendants T. J. Collins, Deputy James Lemansky, Deputy Mike Ripiden, were voluntarily dismissed with prejudice on September 30, 2010, by an Order entered by United States Magistrate Judge Clifford J. Proud, (Doc. 96).

Defendants Nurse Barbara Roidriguez and Nurse Jennifer Ruddlittle were granted summary judgment on February 3, 2011 by an Order entered by United States Magistrate Judge Stephen C. Williams, (Doc. 106).

The remaining claims against defendant Dr. Ampadu were settled on March 21, 2011 by an Order entered by United States Magistrate Judge Stephen C. Williams, (Doc. 129).

**IT IS ORDERED AND ADJUDGED** that this matter is dismissed with prejudice and without costs.

Dated: June 17, 2011

                                                   **Nancy J. Rosenstengel, Acting Clerk of Court**

                                                   **By:** s//Angie Vehlewald
                                                                 **Deputy Clerk**

**Approved:** s//Stephen C. Williams
          **Stephen C. Williams**
          **United States Magistrate Judge**